Circuit Court for Baltimore City
Case No. 117285014
Argued: February 5, 2021

IN THE COURT OF APPEALS

OF MARYLAND

No. 37

September Term, 2020

STATE OF MARYLAND

v.

SEAN MORRIS

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Biran,

JJ.

PER CURIAM ORDER

Filed: February 9, 2021

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

STATE OF MARYLAND      *      **IN THE**

                 *      **COURT OF APPEALS**

      **v.**             *      **OF MARYLAND**

                 *      **No. 37**

**SEAN MORRIS**          *      **September Term, 2020**

## PER CURIAM ORDER

The petition for writ of certiorari in the above-captioned case having been granted and argued, it is this <u>9th</u> day of <u>February</u>, 2021,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Mary Ellen Barbera
Chief Judge
